IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Petitioner,                    No. 2:10-cv-0691 KJN P

    vs.

JAMES WALKER,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an incomplete application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner has not submitted the required "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution," as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. Petitioner will therefore be provided the opportunity to submit an amended application to proceed in forma pauperis, with the required certification, or to pay the appropriate filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a).

        Petitioner is warned that failure to timely comply with this order may result in the

1 dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, an amended and complete application for leave to proceed in forma pauperis, with the certification required by Rule 3(a)(2), or pay the appropriate filing fee; and

        2. The Clerk of the Court is directed to send petitioner a blank Application to Proceed In Forma Pauperis By a Prisoner.

        SO ORDERED.

DATED: September 9, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

kt,nguo0691.ifp