IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

     Petitioner,                      No. 2:10-cv-0691 KJN P

     vs.

JAMES WALKER,

     Respondent.                   ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 30, 2010, petitioner consented to proceed before the undersigned for all purposes (Dkt. No. 4). See 28 U.S.C. § 636(c). By order filed September 10, 2010, petitioner was directed to file, within thirty days, an amended and complete application to proceed in forma pauperis or to pay the filing fee, and was cautioned that failure to do so may result in a recommendation that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. The thirty-day period has now expired, and petitioner has not responded to the court's order.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: November 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

nguo0691.fifp